```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )    No. CR-08-186-WFN
            Plaintiff,         )
                               )    ORDER GRANTING DEFENDANT'S
v.                             )    MOTION TO MODIFY
                               )
ROBERT L. HAHN,                )
                               )
            Defendant.         )
_____)
```

Before the court is Defendant's Motion to Modify to allow employment.

**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 31)** is **GRANTED.** Defendant shall be allowed to work, provided he attends all treatment, counseling, and/or other appointments deemed appropriate by his treatment provider. All other conditions of the court's prior Order setting conditions of release shall continue in full force and effect.

DATED February 9, 2009.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1